# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-6812 MRW | Date | February 22, 2021 |
|---|---|---|---|
| Title | Luis Marquez v. Happy Lu | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | None |
| Deputy Clerk | | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: DISMISSAL**

The parties filed a stipulation to dismiss this case with prejudice. (Docket # 30.) This action is dismissed with prejudice.